## CP KELCO US, INC., Plaintiff–Appellant

v.

## UNITED STATES, Jungbunzlauer Austria AG, Defendants–Appellees.

No. 2015–1209.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2015.

Nancy Noonan, Arent Fox, LLP, Washington DC, argued for plaintiff-appellant. Also represented by Keith F. Huffman, Matthew L. Kanna, Tina Termei.

David Andrew Jack Goldfine, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for defendant-appellee United States. Also represented by Andrea C. Casson, Dominic L. Bianch.

Frederick Paul Waite, Vorys, Sater, Seymour & Pease LLP, Washington, DC, argued for defendant-appellee Jungbunzlauer Austria AG. Also represented by Kimberly Young, William Michael Ryan Barrett.

O'MALLEY, TARANTO, Circuit Judges, and STARK, District Judge.*

* The Honorable Leonard P. Stark, Chief District Judge, United States District Court for

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.